UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. FOWLER, ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | Case No. 2:03-cv-02036-LSC-HGD |
| ) | |
| WARDEN STEPHEN BULLARD, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, Fed. R. Civ. P., it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's claims in this action are DISMISSED for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff is hereby put on notice that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

Done this <u>28th</u> day of <u>September 2005</u>.

                                                   *[signature]*
                                            L. SCOTT COOGLER
                                UNITED STATES DISTRICT JUDGE
                                                           124153